# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:10-cv-07287-MRP-VBK | Date | July 5, 2011 |
| Title | CY Technology Group LLC et al. v. Groupon, Inc. | | |

**Present: The Honorable** Mariana R. Pfaelzer, Senior U.S. District Judge

| | |
|---|---|
| Courtroom Clerk: | Cynthia Salyer |
| Court Reporter: | None. |
| Attorneys Present for Plaintiffs: | None. |
| Attorneys Present for Defendants: | None. |

**Proceedings:** **IN CHAMBERS**

The Court **DENYS** Groupon, Inc.'s Motion to Strike Portions of Plaintiffs' Surreply Brief, ECF No. 68.

   IT IS SO ORDERED.

: 00

Initials of Deputy Clerk