**DLA PIPER LLP (US)**
David B. Abel (CA-156744)
david.abel@dlapiper.com
Patrick S. Park (CA-246348)
patrick.park@dlapiper.com
1999 Avenue of the Stars, Suite 400
Los Angeles, CA 90067-6023
Tel: 310.595.3000
Fax: 310.595.3300

Attorneys for Defendant and Counterclaim Plaintiff
GROUPON, INC.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CY TECHNOLOGY GROUP LLC, a California limited liability corporation; MOBGOB, LLC, a California limited liability corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GROUPON, INC., a corporation,<br><br>Defendant. | CASE NO. CV 10-7287 MRP (VBKx)<br><br>*Judge: Mariana R. Pfaelzer*<br><br>**[PROPOSED]**<br><br>**ENTRY OF JUDGMENT** |
| GROUPON, INC., a corporation,<br><br>Counter-Claimant,<br><br>v.<br><br>CY TECHNOLOGY GROUP LLC,; MOBGOB, LLC, California limited liability corporations, RICHARD YOON, SCOTT CHUNG and TED CHUNG, INDIVIDUALS<br><br>Counterclaim Defendants/Third-Party Defendants | |

| | |
|---|---|
| 1 | On July 7, 2011 this Court ruled on Defendant Groupon, Inc.'s ("Groupon") summary judgment motion based on Groupon's First Counterclaim, finding that claims 1-4, 6, and 8-10 of United States Patent No. 7,672,897 are invalid under 35 U.S.C. § 102 and that claim 7 is invalid under 35 U.S.C. § 103 (Doc. No. 72). |

On July 7, 2011 this Court ruled on Defendant Groupon, Inc.'s ("Groupon") summary judgment motion based on Groupon's First Counterclaim, finding that claims 1-4, 6, and 8-10 of United States Patent No. 7,672,897 are invalid under 35 U.S.C. § 102 and that claim 7 is invalid under 35 U.S.C. § 103 (Doc. No. 72).

Accordingly, the Court hereby enters judgment of invalidity pursuant to the Order and dismisses Plaintiffs' CY Technology Group LLC and MobGob LLC ("Plaintiffs") Complaint.

Groupon's Second and Third Counterclaims are hereby dismissed without prejudice as moot in view of the Court's ruling on invalidity.

The Court finds that Groupon is the prevailing party and may seek to recover its costs as allowable under Federal Rule of Civil Procedure 54(d).

Upon entry of this judgment, the Court retains jurisdiction over any 35 U.S.C. § 285 claim. Groupon retains the right to now seek its attorneys' fees under 35 U.S.C. § 285 and costs incurred in matter number 10-cv-7287 (now dismissed), which claim was severed and stayed for later adjudication by this Court on October 18, 2010 (Doc. No. 29).

**IT IS SO ORDERED**

Dated: July 28, 2011

_/s/ Mariana R. Pfaelzer_
United States District Judge

Stipulated to by:
Dated: July 27, 2011

**DLA PIPER LLP (US)**

By: /s/David B. Abel
   DAVID B. ABEL
   Attorneys for Defendant
   GROUPON, INC.

Stipulated to by:
Dated: July 27, 2011

**Russ August & Kabat**

By: /s/Alexander C.D. Giza
   Alexander C.D. Giza

   Attorneys for Plaintiffs and Counterclaim Defendants CY Technology Group, LLC, MobGob LLC, Richard Yoon, Scott Chung and Ted Chung